Jeffrey Spitz, Esq. (State Bar No. 119343)
**LERMAN POINTER & SPITZ LLP**
12100 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
Telephone: (310) 229-9800
Facsimile: (310) 229-9804
E-Mail: jspitz@lpslawfirm.com

JS-6

Attorneys for Defendants/Counter-Claimant
GOLDEN BOY PROMOTIONS, LLC and
GOLDEN BOY PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES KIRKLAND, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN BOY PROMOTIONS, INC., et al.,<br><br>　　　　Defendants.<br><br>AND ALL RELATED COUNTER-CLAIMS. | Case No. CV12-07071 MMM (RZx)<br><br>[Assigned for all purposes to The Hon. Margaret M. Morrow]<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

WHEREAS, the Court having read and considered the Stipulation to Dismiss the Entire Action with Prejudice (the "Stipulation") (CM/ECF Docket Entry No. 40), and good cause appearing, it is hereby ORDERED that:

1. The Stipulation is approved; and
2. In accordance with the terms of the Stipulation, this entire action is DISMISSED WITH PREJUDICE.

Dated: 8/20/2013

*Margaret M. Morrow*

Hon. Margaret M. Morrow
UNITED STATES DISTRICT JUDGE